UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| REID POSTLE, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ALLSTATE INSURANCE COMPANY,<br><br>Defendant, | Case No. 1:17-cv-07179<br><br><br>JUDGE JORGE L. ALONSO<br><br>**MAGISTRATE JUDGE JEFFFREY CUMMINGS** |

JOINT STATUS REPORT

Pursuant to Magistrate Judge Jeffrey Cummings' Standing Order for Initial Joint Status Report, Plaintiff Reid Postle ("Plaintiff") and Defendant Allstate Insurance Company ("Defendant") hereby provide their joint status report.

1. **Summary of Claims**

On October 4, 2017, Plaintiff filed his Class Action Complaint asserting claims under the Telephone Consumer Protection Act, 47 U.S.C. § 227(b)(3) ("TCPA") on behalf of a nationwide class. Plaintiff alleges that a lead generator placed telemarketing phone calls in violation of the TCPA on behalf of Defendant or Defendant's insurance agents.

Defendant denies any liability and has not asserted any counter-claims.

2. **Relief Sought**

Plaintiff seeks statutory damages of $500 per violation and up to $1,500 per willful or knowing violation of 47 U.S.C. § 227(b)(3) on behalf of himself and the proposed Class.

3. **Scope of Referral**

On May 9, 2018, the Court, pursuant to Local Rule 72.1, referred this case to the calendar

1

of Magistrate Judge Michael T. Mason for the purpose of holding proceedings related to discovery supervision and settlement conference.  Dkt. 40.

4.     **Status of Briefing**

There are no pending motions.

5.     **Status of Discovery**

Discovery was stayed pending the resolution of Defendant's motion to dismiss.  On May 17, 2018, the Court issued an order denying Defendant's motion to dismiss.  Dkt. 37.  The parties exchanged mandatory initial discovery disclosures that same day.

The parties each pursued third-party discovery and informal investigation to identify the lead generator that allegedly made calls to develop insurance leads for Defendant or Defendant's agents.  Those efforts led to the identification of the lead generator Call Creator Plus.  From July 2018 through September 2018, Defendant made a rolling production of approximately 1,303 pages of documents and a privilege log, including overview documents concerning Call Creator Plus, communications between Defendant and Call Creator Plus, and documents identifying the Allstate agents who used Call Creator Plus.  Following a subpoena from Defendant, Call Creator Plus has made a limited production of documents.

Because Call Creator Plus is a third party and maintains its call center in The Philippines, discovery has taken much longer than the parties anticipated.  Call Creator Plus has not yet produced several relevant categories of responsive data, documents, and information.  Plaintiff still seeks: (1) call data showing the calls made by Call Creator Plus; (2) documents regarding Call Creator Plus' dialing system; and (3) depositions and/or discovery from persons with relevant knowledge regarding Call Creator Plus' calling practices and/or dialing system.

The parties therefore jointly request a five-month extension of the February 22, 2019 fact discovery cutoff.

6.     **Case Schedule**

The Court directed that all fact discovery shall be noticed in time to be completed by

February 22, 2019.  Dkt. 47.  The Court has not set a trial date.

**7.     Status of Settlement**

The parties have not yet explored settlement of this matter.

Respectfully submitted,

Dated:  February 11, 2019                By: */s/ Daniel M. Hutchinson*

MEYER WILSON CO., LPA
Matthew R. Wilson (Ohio State Bar No. 0072925; N.D. Ill. general bar)
Email:  mwilson@meyerwilson.com
Michael J. Boyle, Jr. (Ohio State Bar No. 0091162; N.D. Ill. general bar)
Email:  mboyle@meyerwilson.com
1320 Dublin Road, Ste. 100
Columbus, Ohio 43215
Telephone:  (614) 224-6000
Facsimile:  (614) 224-6066

BURKE LAW OFFICES, LLC
Alexander H. Burke
Email: aburke@burkelawllc.com
Daniel J. Marovitch
Email: dmarovitch@burkelawllc.com
155 N. Michigan Avenue, Suite 9020
Chicago, IL  60601
Telephone:  (312) 729-5288
Facsimile:  (312) 729-5289

LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
Jonathan D. Selbin (N.D. Ill. general bar)
Email:  jselbin@lchb.com
250 Hudson Street, 8th Floor
New York, NY  10013
Telephone:  (212) 355-9500
Facsimile:  (212) 355-9592

LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
Daniel M. Hutchinson (N.D. Ill. general bar)

3

Email: dhutchinson@lchb.com
275 Battery Street, 29th Floor
San Francisco, California 94111-3339
Telephone: (415) 956-1000
Facsimile: (415) 956-1008

LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
Andrew R. Kaufman (N.D. Ill. general bar)
Email: akaufman@lchb.com
One Nashville Place
150 Fourth Avenue North, Suite 1650
Nashville, TN 37219-2423
Telephone: (615) 313-9000
Facsimile: (615) 313-9965

*Attorneys for Plaintiff and the Proposed Class*

Dated: February 11, 2019        By: */s/ Mark J. Levin*

DENTONS US LLP
Mark L. Hanover
mark.hanover@dentons.com
233 South Wacker Drive, Suite 7800
Chicago, IL 60606

Mark J. Levin, pro hac vice
Philip N. Yannella, pro hac vice
Daniel L. Delnero, pro hac vice
Emilia L. McKee Vassallo, pro hac vice
BALLARD SPAHR LLP
1735 Market Street, 51st Floor
Philadelphia, PA 19103
levinmj@ballardspahr.com
yannellap@ballardspahr.com
delnerod@ballardspahr.com
mckeevassalloe@ballardspahr.com

*Attorneys for Defendant
Allstate Insurance Company*