## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2
### Eastern Division

Reid Postle

                    Plaintiff,

v.                                          Case No.: 1:17–cv–07179
                                                   Honorable Jorge L. Alonso

Allstate Insurance Company

                    Defendant.


## NOTIFICATION OF DOCKET ENTRY


This docket entry was made by the Clerk on Friday, February 22, 2019:

      MINUTE entry before the Honorable Jorge L. Alonso: Status hearing previously set for 2/27/19 is stricken. No further status hearing in front of the District Judge will be set until discovery is closed. Notice mailed by judge's staff (ntf, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.