UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| REID POSTLE, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ALLSTATE INSURANCE COMPANY,<br><br>Defendant, | Case No. 1:17-cv-07179<br><br>JUDGE JORGE L. ALONSO<br><br>MAGISTRATE JUDGE JEFFFREY CUMMINGS |

**STIPULATION OF DISMISSAL**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, it is hereby stipulated and agreed by, between, and among Plaintiff Reid Postle ("Plaintiff") and Defendant Allstate Insurance Company ("Defendant") that any and all of Plaintiff's claims in the above-captioned action against Defendant are dismissed with prejudice and with each party bearing its own costs. Dismissal is without prejudice to the claims of putative class members.

Respectfully submitted,

Dated: August 5, 2019        By: */s/ Daniel M. Hutchinson*

MEYER WILSON CO., LPA
Matthew R. Wilson (Ohio State Bar No. 0072925; N.D. Ill. general bar)
Email: mwilson@meyerwilson.com
Michael J. Boyle, Jr. (Ohio State Bar No. 0091162; N.D. Ill. general bar)
Email: mboyle@meyerwilson.com
1320 Dublin Road, Ste. 100
Columbus, Ohio 43215
Telephone: (614) 224-6000
Facsimile: (614) 224-6066

1

BURKE LAW OFFICES, LLC
Alexander H. Burke
Email: aburke@burkelawllc.com
Daniel J. Marovitch
Email: dmarovitch@burkelawllc.com
155 N. Michigan Avenue, Suite 9020
Chicago, IL 60601
Telephone: (312) 729-5288
Facsimile: (312) 729-5289

LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
Jonathan D. Selbin (N.D. Ill. general bar)
Email: jselbin@lchb.com
250 Hudson Street, 8th Floor
New York, NY 10013
Telephone: (212) 355-9500
Facsimile: (212) 355-9592

LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
Daniel M. Hutchinson (N.D. Ill. general bar)
Email: dhutchinson@lchb.com
275 Battery Street, 29th Floor
San Francisco, California 94111-3339
Telephone: (415) 956-1000
Facsimile: (415) 956-1008

LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
Andrew R. Kaufman (N.D. Ill. general bar)
Email: akaufman@lchb.com
One Nashville Place
150 Fourth Avenue North, Suite 1650
Nashville, TN 37219-2423
Telephone: (615) 313-9000
Facsimile: (615) 313-9965

*Attorneys for Plaintiff and the Proposed Class*

Dated: August 5, 2019         By: */s/ Mark J. Levin*

DENTONS US LLP
Mark L. Hanover
mark.hanover@dentons.com
233 South Wacker Drive, Suite 7800
Chicago, IL 60606

2

                                            Mark J. Levin, pro hac vice
                                            Philip N. Yannella, pro hac vice
                                            Emilia L. McKee Vassallo, pro hac vice
                                            BALLARD SPAHR LLP
                                            1735 Market Street, 51st Floor
                                            Philadelphia, PA 19103
                                            levinmj@ballardspahr.com
                                            yannellap@ballardspahr.com
                                            mckeevassalloe@ballardspahr.com

                                            *Attorneys for Defendant*
                                            *Allstate Insurance Company*

1820012.1