## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.1
### Eastern Division

Reid Postle

                Plaintiff,

v.                                       Case No.: 1:17–cv–07179
                                                    Honorable Jorge L. Alonso

Allstate Insurance Company

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, August 6, 2019:

     MINUTE entry before the Honorable Jeffrey Cummings: The parties have filed their Joint Stipulation of Dismissal [65]. All matters relating to the referral of this case having been completed, the referral is closed and the case is returned to the assigned judge. Judge Jeffrey Cummings no longer referred to the case.(rbf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.