UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.1
**Eastern Division**

Reid Postle

                Plaintiff,

v.                                            Case No.: 1:17–cv–07179
                                                       Honorable Jorge L. Alonso

Allstate Insurance Company

                Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, August 8, 2019:

      MINUTE entry before the Honorable Jorge L. Alonso: A stipulation of dismissal [65] has been filed. This case is dismissed with prejudice. Civil Case Terminated. Notices mailed by judge's staff (lf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.